### No. 2,172.

### THE PEOPLE OF THE STATE OF CALIFORNIA, Appellant, v. WILLIAM TOWNSLEY, Respondent.

Rhodes, C. J., delivered the opinion of the Court:

The questions presented in this case were decided in *People* v. *Townsley* (No. 2,171), at the present term, and upon the authority of that case the judgment is reversed, and the cause remanded, with directions to overrule the demurrer.